UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| JERRY JEROME ELDRIDGE, | ) |
| Plaintiff, | ) Civil Action No. 5: 22-118-DCR |
| v. | ) |
| S. MIRUS, et al., | ) **JUDGMENT** |
| Defendants. | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Jerry Jerome Eldridge's Complaint [Record No. 1] is **DISMISSED** with prejudice.

2. This action is **DISMISSED** and **STRICKEN** from the docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: May 11, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky